**Appeal Dismissed and Memorandum Opinion filed December 31, 2019.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-19-00928-CR

---

### DERRICK WILKERSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

### On Appeal from the 174th District Court
### Harris County, Texas
### Trial Court Cause No. 1606536

---

### MEMORANDUM OPINION

Appellant entered a "guilty" plea to driving while intoxicated. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant to confinement for three years in the Institutional Division of the Texas Department of Criminal Justice. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is

included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

The appeal is dismissed for want of jurisdiction.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.

Do Not Publish — Tex. R. App. P. 47.2(b).